```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 02502
   CRAIG HOLIFIELD
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-9289


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 02/05/2008 and was confirmed 04/03/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 11/13/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
ASSET ACCEPTANCE CORP     UNSECURED           337.34          .00            .00
CAPITAL ONE               UNSECURED          2013.60          .00            .00
GUY M PETRUZZELLI         NOTICE ONLY      NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED           257.27          .00            .00
B-REAL LLC                UNSECURED          1227.40          .00            .00
COOK COUNTY TREASURER     SECURED              112.00         .00         112.00
ILLINOIS TITLE LOANS      SECURED              805.00         .00         120.00
OCWEN FEDERAL BANK        CURRENT MORTG          .00          .00            .00
OCWEN FEDERAL BANK        MORTGAGE ARRE          .00          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED          .00            .00
ASAD ZAMAN MD             UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED          .00            .00
PREMIER BANKCARD          UNSECURED            490.42         .00            .00
NICOR GAS                 UNSECURED        NOT FILED          .00            .00
AT&T WIRELESS             UNSECURED            220.64         .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       314.00          .00         314.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                     2,630.97
TOM VAUGHN                TRUSTEE                                         271.43
DEBTOR REFUND             REFUND                                          184.76

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 3,633.16

PRIORITY                                      314.00
SECURED                                       232.00
UNSECURED                                        .00
ADMINISTRATIVE                              2,630.97
TRUSTEE COMPENSATION                          271.43
DEBTOR REFUND                                 184.76

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02502 CRAIG HOLIFIELD
```

```
                                ---------------      ---------------
TOTALS                                 3,633.16             3,633.16
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/24/09            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE